In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property and Liquidate the Business of the SOUTHERN SURETY COMPANY OF NEW YORK.

LILLIAN KOJCHICH et al., Appellants; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of SOUTHERN SURETY COMPANY OF NEW YORK, Respondent.

Argued October 5, 1937; decided November 23, 1937.

*Carroll G. Walter* and *Artur Nikoloric* for appellants.
*Irvin Waldman* and *Alfred C. Bennett* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.